# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

———————————————

Case No. 5D23-0003
LT Case No. 16-2019-CA-003693

———————————————

WILLIAM LANGFAN, Individually
and as Trustee under the
William K. Langfan Revocable
Trust Agreement Dated
November 12, 1992,

    Appellant,

    v.

DOROTHY ABRAMS, MELISSA
RZEPKO, ROBYN WENGER, and
HOWARD ABRAMS, et al.,

    Appellees.

———————————————

On appeal from the Circuit Court for Duval County.
Gary L. Wilkinson, Judge.

Thomas C. Adam, of Adam Law Group, P.A., Jacksonville, for
Appellant.

Jason Gordon, of Law Offices of Jason Gordon, P.A., Hollywood,
and Dane T. Stanish, of Law Offices of Dane Stanish, P.A.,
Hollywood, for Appellees.

March 5, 2024

PER CURIAM.

AFFIRMED.

MAKAR, JAY, and SOUD, JJ., concur.

———————————————

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

———————————————